# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

Robert P. Young, Jr.,
Chief Justice

148507

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PETER J. HAMMER,
        Plaintiff-Appellant,

v

        SC: 148507
        COA: 305568
        Ct of Claims: 04-000241-MK

UNIVERSITY OF MICHIGAN BOARD
OF REGENTS,
        Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the December 3, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     MCCORMACK, J., not participating.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014
                         

t0421
                                 Clerk